Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Email:    aram.ordubegian@arentfox.com
    andy.kong@arentfox.com

Attorneys for Richard J. Laski, Chapter 11 Trustee

FILED & ENTERED

NOV 12 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HOLY HILL COMMUNITY CHURCH**,<br><br>     Debtor. | Case No. 2:14-bk-21070-WB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER EXTENDING THE PERIOD WITHIN WHICH CHAPTER 11 TRUSTEE MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027**<br><br>Hearing:<br><br>Date:    September 25, 2014<br>Time:    10:00 a.m.<br>Place:    Courtroom  1375<br>     255 East Temple Street<br>     Los Angeles, CA  90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

On September 25, 2014 at 10:00 a.m., a hearing was held before the Honorable Julia Brand, United States Bankruptcy Judge, to consider the Motion for Order Extending the Period Within Which Chapter 11 Trustee May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 [Dkt No. 101] (the "Motion") filed by Richard J. Laski, the chapter 11 trustee of the above-captioned bankruptcy estate (the "Trustee").[1]  All appearances are as set forth on the record.

The Court has reviewed and considered the Motion and all documents submitted in support thereof; no response or oppositions having been filed to the Motion, and the Court finding that notice of the Motion was proper and sufficient under the circumstances, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in its entirety.

2. The deadline for the Trustee to file notices of removal of civil actions pursuant to Bankruptcy Rule 9006(b) pending as of the Petition Date is hereby extended from September 3, 2014 to, and including, December 31, 2014.

3. The Removal Deadline shall apply to all matters specified in Bankruptcy Rule 9027(a)(2)(A), (B), and (C).

4. This Order is without prejudice to the Trustee's right to seek further extensions of the Removal Deadline.

---

[1] All capitalized terms used herein shall have the meaning ascribed to them in the Motion unless otherwise defined.

Case 2:14-bk-21070-WB    Doc 132    Filed 11/12/14    Entered 11/12/14 09:01:22    Desc
Main Document    Page 3 of 3

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Date: November 12, 2014

Julia W. Brand
United States Bankruptcy Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

AFDOCS/11340618.1