Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401

Attorneys for Richard J. Laski, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HOLY HILL COMMUNITY CHURCH,**<br><br>Debtor. | Case No. 2:14-bk-21070-WB<br><br>Chapter 11<br><br>**CHAPTER 11 STATUS CONFERENCE AND RELATED MATTER REPORTS**<br><br>Hearing:<br><br>Date:     January 8, 2015<br>Time:     10:00 a.m.<br>Place:    Courtroom 1375<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND; THE OFFICE OF THE U.S. TRUSTEE; AND ALL INTERESTED PARTIES:**

Richard J. Laski, the duly appointed Chapter 11 Trustee (the "Trustee") of the above-captioned debtor's (the "Debtor") bankruptcy estate, hereby submits his *Chapter 11 Status Conference and Related Matter Reports*, as follows:

A. <u>**New Insurance Policy and Sale of Property**</u>

1. On December 18, 2014, the Trustee was able to obtain and pay for new insurance on the estate's real property. The new insurance policy is with Seneca Specialty Insurance Company and it is effective from December 23, 2014 through December 23, 2015. A copy of the insurance binder was delivered to the Office of the United States Trustee on or about December 23, 2014. The Trustee will provide evidence of insurance and/or the insurance binder to other interested parties, including Downtown Capital, LLC and Alpine Parking Services, LLC prior to the status conference. Though the current insurance does not require an operational fire safety system to be effective, the Trustee, with the aid of the Debtor, has continued repairs of that system. The Trustee will continue to maintain 24-hour security at the premises as well.

2. On December 18, 2014, the Trustee also executed a letter of intent for the sale of the Debtor's real property, subject to overbid, commonly known as 1111 West Sunset Boulevard, Los Angeles, California 90012 (the "Property") which letter of intent contains a confidentiality clause until the parties execute an asset purchase agreement. Accordingly, the Trustee cannot disclose the proposed purchase price or the stalking horse buyer's identity just yet. Pursuant to the terms of the letter of intent, the asset purchase agreement must be finalized and a sale procedures motion filed on or before January 9, 2015. At that time, the proposed stalking horse buyer, the purchase price, and all other material terms will be will disclosed. The letter of intent contains the following deadlines: (a) a sale procedures order to be entered on or before February 6, 2015; (b) order approving the sale to be entered on or before March 27, 2015; and (c) sale closing to occur on or prior to April 10, 2015.

B. **Deadline to Remove Actions, Downtown Capital's Rule 2004 Exam Motion, and Miscellaneous Matters**

3. This Court granted the Trustee's motion for an order extending the period within which he may remove actions pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure. That removal deadline was extended to December 31, 2014. However, given the sale of the Property, which will have a direct impact and may moot many of the various state court actions, the Trustee intends to file a motion further extending the removal deadline so that the administration of this estate is not adversely impacted by unnecessary removals of state court actions.

4. The continued hearing on Downtown Capital, LLC's motion for an order directing the Trustee and certain other parties to produce documents and be examined pursuant to Federal Rule of Bankruptcy Procedure 2004 for the limited purpose of obtaining proof of insurance is set for the same date and time as this status conference. The Trustee has provided the new policy to Downtown Capital, LLC which moots the motion and therefore, the Trustee asks that the motion be denied, without prejudice.

C. **US Trustee Reporting and Requested Actions**

5. The Trustee has filed monthly operating reports on behalf of the Debtor and the Debtor's estate and is current on his reporting obligations with the Office of the United States Trustee (through November 2014). The Trustee is current on U.S. Trustee Quarterly Fees.

6. The Trustee respectfully asks the Court to continue this chapter 11 status conference by at least ninety (90) days while the Trustee prepares for the auction and sale of the Property.

Dated: December 29, 2014

Respectfully Submitted,

**ARENT FOX LLP**

By: /s/ *Andy S. Kong*
Aram Ordubegian
Andy S. Kong
Attorneys for Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled:(*specify*): **CHAPTER 11 STATUS CONFERENCE AND RELATED MATTER REPORTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/29/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/29/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/29/2014 | AMANDA KYERETWIE | /s/ Amanda Kyeretwie |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/11587312.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard T Baum on behalf of Debtor Holy Hill Community Church
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Bernard D Bollinger, Jr on behalf of Creditor 1111 Sunset, LLC and Downtown Capital, LLC
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Bernard D Bollinger, Jr on behalf of Creditor Downtown Capital, LLC
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Bernard D Bollinger, Jr on behalf of Interested Party Courtesy NEF
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

J Scott Bovitz on behalf of Creditor Andrew Kim
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Creditor Jong Chun Suh
bovitz@bovitz-spitzer.com

Jaenam J Coe on behalf of Debtor Holy Hill Community Church
coelaw@gmail.com

M Douglas Flahaut on behalf of Trustee Richard J Laski (TR)
flahaut.douglas@arentfox.com

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com

Melanie Scott Green on behalf of U.S. Trustee United States Trustee (LA)
Melanie.green@usdoj.gov

Michelle S Grimberg on behalf of Creditor Alpine Parking Services, LLC
msg@lnbrb.com, angela@lnbrb.com

Andy Kong on behalf of Interested Party Courtesy NEF
Kong.Andy@ArentFox.com

Andy Kong on behalf of Plaintiff Dana Park
Kong.Andy@ArentFox.com

Andy Kong on behalf of Trustee Richard J Laski
Kong.Andy@ArentFox.com

Andy Kong on behalf of Trustee Richard J Laski (TR)
Kong.Andy@ArentFox.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**
AFDOCS/11587312.1

Richard J Laski (TR)
rlaski@wilshirellc.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Won Lee on behalf of Debtor Holy Hill Community Church
dc5law@gmail.com

Matthew A Lesnick on behalf of Interested Party Courtesy NEF
matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

David J Richardson on behalf of Creditor Parker Shumaker Mills, LLP
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

David J Richardson on behalf of Interested Party Courtesy NEF
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Law Offices of Carl J. Sohn
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Shumaker & Mills
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Shumaker Mills, LLP
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Alla Tenina on behalf of Broker LBC Solutions
sashavk_1@yahoo.com, alex@teninalaw.com;alla@teninalaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

AFDOCS/11587312.1

Michael L Wachtell on behalf of Creditor 1111 Sunset, LLC and Downtown Capital, LLC
mwachtell@buchalter.com

Scott L Whitman on behalf of Interested Party Courtesy NEF
slw@mwlegal.com, holly@mwlegal.com

Vanessa H Widener on behalf of Interested Party Courtesy NEF
vhw@amclaw.com, lmg@amclaw.com

Clarisse Young on behalf of Interested Party Courtesy NEF
youngshumaker@smcounsel.com, levern@smcounsel.com

## 2. SERVED BY UNITED STATES MAIL:

### JUDGE

Honorable Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

### REQUEST FOR SPECIAL NOTICE

W Dan Lee on behalf of Debtor Holy Hill Community Church
Lee Law Offices
5670 Wilshire Blvd Ste 2150
Los Angeles, CA 90036

### 20 LARGEST UNSECURED CREDITORS

Albert K. Shin
12673 Eight St.
Garden grove, CA 92840

Chanhyo Tak
8346 Charloma Dr.
Downey, CA 90240

Chinhwa Jung
5755 Corbett Street
Los Angeles, CA 90016

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE
AFDOCS/11587312.1

Edwin M. Rosenberg
3435 Wilshire Boulevard, Suite 2360
Los Angeles, CA 90010-2089


Henry W. Owh
13116 Avenida Santa Tecla
La Mirada, CA 90638

Parker, Shumaker & Mills
Attn:  William Mills & Gina Leago
801 S. Figueroa Street, Suite 1200
Los Angeles, CA 90017

Law Offices of Carl James Sohn
On behalf of: James C. Oh, Chan Hyo Tak; Mae Ja Tak;
Sungyeol Yim; Sangnam Kim; Kon Kyu Yu and Sun Yim Yu;
Henry Hae Hoon Owh; Joyoung Bang; Kwang Chul Shin; Soil Jang
and Joongchil Kim
11900 Shasta Circle
Cerritos, CA 90703

Law Offices of Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703

Moonkyu Yu
2049 Wilshire Ave
Hacienda Heights, CA 91745

Simi Valley Shopping Center
c/o 1111 Sunset Blvd LLC
1855 Industrial Street, Suite 106
Los Angeles, CA 90021

**INTERESTED PARTY**

Dana Park
Beverly Hills Real Investment LLC
1021 W. Oak Hills Ct,
La Habra, CA 90631-2039

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
AFDOCS/11587312.1