| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>MELANIE SCOTT GREEN, State Bar No. 234646<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California 90017-3560<br>(213) 894-7244 telephone<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: United States Trustee | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>HOLY HILL COMMUNITY CHURCH, | CASE NO.: 2:14-bk-21070-WB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>APPLICATION TO EMPLOY JAENAM COE AS BANKRUPTCY COUNSEL |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled APPLICATION TO EMPLOY JAENAM COE AS BANKRUPTCY COUNSEL

was lodged on (*date*) __01/12/2015__ and is attached. This order relates to the motion which is docket number _152_

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# Exhibit "A"

Exhibit "A"

```
1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  MELANIE SCOTT GREEN, State Bar No. 234646
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd., Suite 1850
5  Los Angeles, CA 90017-3560
   (213) 894-7244 telephone
6  (213) 894-2603 facsimile
   Email: Melanie.Green@usdoj.gov
7
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>**HOLY HILL COMMUNITY CHURCH,**<br><br>Debtor. | Case No.: 2:14-bk-21070-WB<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S APPLICATION TO EMPLOY JAENAM COE AS DEBTOR'S BANKRUPTCY COUNSEL**<br><br>DATE: January 8, 2015<br>TIME: 10:00 a.m.<br>CTRM: 1545 |
|---|---|

A hearing was held in the aforementioned case on the Debtor's Application to Employ Jaenam Coe as Debtor's Bankruptcy Counsel ("Application"). Appearances were made at the hearing as noted on the record. After consideration of all the pleadings filed by the parties, the supporting evidence, as well as the oral argument presented at the time of the hearing, GOOD CAUSE APPEARING and for the reasons stated on the record, it is HEREBY ORDERED that:

1.  The Application is DENIED without prejudice.

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Blvd., Suite 1850 Los Angeles, California 90017-3560

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/12/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __01/12/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/12/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address:
U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012
Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/12/2015 | Stephanie Hill | */s/ Stephanie Hill* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                                    F 9021-1.2.BK.NOTICE.LODGMENT

### ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Michael Wachtell | | mwachtell@buchalter.com |
| Bernard Bollinger | | bbollinger@buchalter.com |
| Michelle S. Grimberg | | msg@lnbrb.com |
| David J. Richardson | | drichardson@sulmeyerlaw.com |
| Victor A. Sahn | | vsahn@sulmeyerlaw.com |
| Scott L. Whitman | | slw@mwlegal.com |
| David Golubchik | | dbg@lnbyb.com |
| David J. Richardson | | drichardson@sulmeyerlaw.com |
| Scott L. Whitman | | slw@mwlegal.com |
| W. Dan Lee | Counsel for Debtor | dc5law@gmail.com |
| Richard Baum | Counsel for Debtor | rickbaum@hotmail.com |
| Andy Kong | Counsel for Trustee | kong.andy@arentfox.com |
| Aram Ordubegian | Counsel for Trustee | ordubegian.aram@arentfox.com |
| Vanessa Widener | | vhw@amclaw.com |
| Matthew A. Lesnick | | matt@lesnickprince.com |
| Clarisse Young | | youngshumaker@smcounsel.com |
| Jaenam J. Code | Proposed Counsel to Debtor | coelaw@gmail.com |
| Won Lee | | dc5law@gmail.com |
| J Scott Bovitz | Counsel for Andrew Kim | bovitz@bovitz-spitzer.com |
| Alla Tenina | Counsel for LBC Solutions | sashavk_1@yahoo.com |
| M. Douglas Flahaut | Counsel for Trustee | flahaut.douglas@arentfox.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

    Debtor
    Holy Hill Community Church
    1111 W. Sunset Blvd.
    Los Angeles, CA 90012

    **Chapter 11 Trustee**
    Richard Lasky
    470 Maylin Street
    Pasadena, CA 91105

3. **SERVED BY (state method for each person served):**

    **FEDERAL EXPRESS OVERNIGHT MAIL**
    Judge's Copy
    Honorable Julia Brand
    U.S. Bankruptcy Court
    255 E. Temple Street, Room 940
    Los Angeles, CA 90012
    Bin outside suite 1382

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE