| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian (SBN 185142)<br>Andy S. Kong (SBN 243933)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:    213.629.7400<br>Facsimile:     213.629.7401<br>Email:          aram.ordubegian@arentfox.com<br>                    andy.kong@arentfox.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorneys for Richard J. Laski, Chapter 11 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**HOLY HILL COMMUNITY CHURCH,**<br><br><br><br>Debtor(s) | CASE NO.: 2:14-bk-21070-WB<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>*NOTICE OF MOTION AND MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH THE LAW OFFICES OF CARL J. SOHN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD J. LASKI IN SUPPORT THEREOF* |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER APPROVING SETTLEMENT AGREEMENT WITH THE LAW OFFICES OF CARL J. SOHN**

was lodged on (*date*)  August 25, 2015   and is attached. This order relates to the motion which is docket number **221**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                        Page 1                                      **F 9021-1.2.BK.NOTICE.LODGMENT**

AFDOCS/12400004.1

# ATTACHMENT

Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
aram.ordubegian@arentfox.com
andy.kong@arentfox.com

Attorneys for Richard J. Laski,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HOLY HILL COMMUNITY CHURCH,**<br><br>Debtor. | Case No. 2:14-bk-21070-WB<br><br>Chapter 11<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT WITH THE LAW OFFICES OF CARL J. SOHN**<br><br>Hearing:<br>Date: August 20, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 1375<br>     255 E. Temple St.<br>     Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

On August 20, 2015 at 10:00 a.m., a continued hearing was held before the Honorable Julia W. Brand, United States Bankruptcy Judge, to consider the *Motion of Chapter 11 Trustee for Order Approving Settlement Agreement With the Law Offices of Carl J. Sohn* [Dkt No. 221] (the "Motion")[1] filed by Richard J. Laski, the Chapter 11 Trustee (the "Trustee") of the above-captioned debtor's (the "Debtor") bankruptcy estate (the "Estate"). All appearances are as reflected on the record of the Court.

---

[1] All capitalized terms used herein shall have the meaning ascribed to them in the Motion unless otherwise defined.

The Court having reviewed and considered (i) the Motion and all relief related thereto, and (ii) the objections thereto; and (iii) the Court having heard statements of counsel and the evidence presented in support of the relief requested by the Trustee in the Motion at the hearings and it appearing that the Court has jurisdiction over this matter (and that all parties with any interest in the relief requested in the Motion, by failing to object, have consented thereto); and it further appearing that the legal and factual bases set forth in the Motion and at the hearings establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in its entirety.

2. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled as announced to the Court at the hearings or by stipulation filed with the Court, and all reservations of rights included therein, are hereby denied and overruled with prejudice. Those parties who did not object or withdrew their objection to the Motion are deemed to have consented to the relief requested in the Motion.

3. The compromise of controversies referred to in the Motion is approved as being in the best interest of the Estate and as an exercise of the Trustee's reasonable business judgment.

4. The executed Settlement Agreement (the "Agreement") is hereby approved in its entirety, and the terms and conditions of the Agreement are hereby authorized.

5. Sohn is not entitled to any attorneys' fees or costs incurred defending the Motion and the Agreement.

6. Adequate notice of the Motion has been provided to all interested parties.

7. The parties to the Agreement are authorized to execute any and all documents necessary to effectuate the Agreement.

8. The Trustee shall pay the Reduced Claim Amount of Sohn within ten (10)

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12387575.1

1  days of entry of this Order in full and final satisfaction of Sohn's claims against the
2  Estate.

### #

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12387575.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: NOTICE OF MOTION AND MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH THE LAW OFFICES OF CARL J. SOHN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD J. LASKI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/25/2015** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **08/25/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/25/2015 | AMANDA KYERETWIE | */s/ Amanda Kyeretwie* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard T Baum on behalf of Debtor Holy Hill Community Church
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Bernard D Bollinger, Jr on behalf of Creditor 1111 Sunset, LLC and Downtown Capital, LLC
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Bernard D Bollinger, Jr on behalf of Creditor Downtown Capital, LLC
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Bernard D Bollinger, Jr on behalf of Interested Party Courtesy NEF
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

J Scott Bovitz on behalf of Creditor Andrew Kim
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Creditor Jong Chun Suh
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Plaintiff John J. Suh
bovitz@bovitz-spitzer.com

Jaenam J Coe on behalf of Debtor Holy Hill Community Church
coelaw@gmail.com

M Douglas Flahaut on behalf of Trustee Richard J Laski (TR)
flahaut.douglas@arentfox.com

Melanie Scott Green on behalf of U.S. Trustee United States Trustee (LA)
Melanie.green@usdoj.gov

Michelle S Grimberg on behalf of Creditor Alpine Parking Services, LLC
msg@lnbrb.com, angela@lnbrb.com

Andy Kong on behalf of Interested Party Courtesy NEF
Kong.Andy@ArentFox.com

Andy Kong on behalf of Plaintiff Dana Park
Kong.Andy@ArentFox.com

Andy Kong on behalf of Trustee Richard J Laski
Kong.Andy@ArentFox.com

Andy Kong on behalf of Trustee Richard J Laski (TR)
Kong.Andy@ArentFox.com

Richard J Laski (TR)
rlaski@wilshirellc.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

Won Lee on behalf of Creditor Lee Law Offices
dlee@leelawltd.com

Won Lee on behalf of Debtor Holy Hill Community Church
dlee@leelawltd.com

Matthew A Lesnick on behalf of Interested Party Courtesy NEF
matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com

Marvin Levy on behalf of Plaintiff Dana Park
l-levy@sbcglobal.net, G6266@notify.cincompass.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Trustee Richard J Laski (TR)
ordubegian.aram@arentfox.com

David J Richardson on behalf of Creditor Parker Shumaker Mills, LLP
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

David J Richardson on behalf of Interested Party Courtesy NEF
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Law Offices of Carl J. Sohn
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Mills, LLP
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Shumaker & Mills
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Shumaker Mills, LLP
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Alla Tenina on behalf of Broker LBC Solutions
sashavk_1@yahoo.com, alex@teninalaw.com;alla@teninalaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael L Wachtell on behalf of Creditor 1111 Sunset, LLC and Downtown Capital, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

mwachtell@buchalter.com

Scott L Whitman on behalf of Interested Party Courtesy NEF
slw@mwlegal.com, holly@mwlegal.com

Vanessa H Widener on behalf of Interested Party Courtesy NEF
vhw@amclaw.com, lmg@amclaw.com

Clarisse Young on behalf of Interested Party Courtesy NEF
youngshumaker@smcounsel.com, levern@smcounsel.com

**2. SERVED BY UNITED STATES MAIL**:

**JUDGE**

Honorable Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

**MAILING MATRIX**

1111 Sunset Blvd LLC
1855 Industrial Street
Suite 106
Los Angeles, CA 90021-1239

1111 Sunset Blvd Lp
Buchalter Nemer
Attn: Michael Wachtell, Esq
1000 Wilshire Blvd, Suite 1500
Los Angeles CA 90017-1730

Albert K. Shin
12673 Eighth St.
Garden Grove, CA 92840-5306

All to One Construction, Inc.
c/o Samuel B. Choi
1401 W. Olympic Blvd.
Los Angeles, CA 90015

All to One Development Co., LLC
3250 Wilshire Blvd., Ste 1200
Los Angeles, CA 90010-1600

Alpha Omega Builders, Inc.
c/o Ronald B. Smith
512 W Robertson Blvd.
Chowchilla, CA 93610-2847

Alpine Parking Services LLC
1855 Industrial Street
Suite 106
Los Angeles, CA 90021-1239

Angelus Block, Co., Inc.
c/o Edward Antonini
11374 Tuxford St.
Sun Valley, CA 91352-2678

Associated Ready Mixed Concrete Inc.
c/o Kurt Caillier
4621 Teller Ave., Suite 130
Newport Beach, CA 92660-2165

Chan Hyo Tak and Mae Ja Tak
8346 Charloma Drive
Downey, CA 90240-3312

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

| | |
|---|---|
| Cheonung Kim and Ki Young Kim<br>1279 W 38th St<br>Los Angeles, CA 90037-1124 | Chin Hwa Jung and Mi Jung Chong<br>5755 Corbett St<br>Los Angeles, CA 90016-4503 |
| Charles M. Shumaker<br>1 Ringbit Road W<br>Rolling Hills, CA 90274 | Chunghyun Ahn and Bockhee Ahn<br>2186 Ursinus Circle<br>Claremont, CA 91711-1817 |
| Devirian & Shimoto PC<br>11400 W Olympic Blvd, Ste 200<br>Los Angeles, CA 90064-1584 | Downtown Capital Llc<br>Buchalter Nemer<br>Attn:  Michael Wachtell Esq<br>1000 Wilshire Blvd Suite 1500<br>Los Angeles, CA 90017-1730 |
| Downtown Capital, LLC<br>2121 E 7th Place #104<br>Los Angeles, CA 90021-1762 | East West Institute<br>c/o Edward B. Wong<br>386 8th St<br>Oakland, CA 94607-4241 |
| Consumer Law Section, Attn: Bankruptcy Notices<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Edwin M Rosenberg ALC<br>3435 Wilshire Blvd., Suite 2360<br>Los Angeles, CA 90010-1983 |
| Holy Hill Community Church<br>1111 W. Sunset Blvd.<br>Los Angeles, CA 90012-1216 | Henry H. Owh<br>13116 Avenida Santa Tecla #717-C<br>La Mirada, CA 90638-3278 |
| Holy Hill Community Church<br>A Nonprofit Religious Corporation<br>1111 Sunset Blvd<br>Los Angeles, CA 90012-1216 | INTERNAL REVENUE SERVICE<br>300 North Los Angeles Street<br>M/S 5022<br>Los Angeles, CA 90012-3351 |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | James C. Oh<br>1461 South Boros Court<br>La Habra, CA 90631 |
| JB Sunset Partnership<br>c/o The Dreifuss Firm<br>Attn:  Bruce Dannemeyer, Esq.<br>7700 Irvin Center Dr, Ste 710<br>Irvine, CA 92618-3043 | Joan Park<br>2000 Miranmar Street<br>Suite 617<br>Los Angeles, CA 90057-2336 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

Jong Oak Kim
Attn: Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

Jong Oak Kim
Attn: Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

Joong Hoon Kim
5406 Goldenest Avenue
Temple City, CA 91780-3218

Joong Chil Kim
234 Rimpau Boulevard
Los Angeles, CA 90004-3733

Jo Young Bang and Ki Bok Bang
716 Coldbrook Place
Simi Valley, CA 93065-5531

Jung Hyun and Bok Hee Ahn
2186 Ursinus Circle
Claremont, CA 91711-1817

Jung Sun Choi
2451 West 7th Street #326
Los Angeles, CA 90057-3943

Kon Kyu Yu and Sun Yim Yu
2049 Wilshire Avenue
Hacienda Heights, CA 91745-3448

Kwang Chul Shin
Attn: Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

Law Offices of Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

LA County Tax Collector
225 North Hill Street
Los Angeles, CA 90012-3253

LOS ANGELES COUNTY ASSESSOR
LOS ANGELES CA 90012

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Moon Kon Kyu Yu and Sun Yim Yu
2049 Wilshire Ave.
Hacienda Heights, CA 91745-3448

Ok Sun Whang
6556 West 3rd Street
Los Angeles, CA 90045-2848

Pacific Fire Protection Safety
c/o Peter Oliver Hurgoiu
8219 Rhodes Av
North Hollywood, CA 91605-1344

Parker Shumaker Mills LLP
ATTN: David Yang Esq
801 S. Figueroa St. #1200
Los Angeles, CA 90017

Parker Shumaker Mills, LLP
801 S. Figueroa St. #1200
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

Parker, Shumaker & Mills
Attn: William Mills & Gina Leago
801 S. Figueroa St. #1200
Los Angeles, CA 90017

Pueblo Contracting Services, Inc.
c/o Martha Diaz Aszkenazy
601 S. Brand Blvd, 3rd Fl
San Fernando, CA 91340-4069

Richard T. Baum
Law Offices of Richard T. Baum
11500 W Olympic Blvd, Ste. 400
Los Angeles, CA 90064-1525

Securities & Exchange Commission
5670 Wilshire Avenue, 11th Floor
Los Angeles, CA 90036-5627

Sierra Craft, Inc.
17711 East Railroad St.
La Puente, CA 91748-1111

Snell & Wilmer LLP
Attn: Christy Joseph & Randy Moore
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

Soo II Jang and Eun Hee Jang
947 South Hoover Street
Suite 803
Los Angeles, CA 90006-1939

Soo Jung Oh
740 South Olive Street
Los Angeles, CA 90014-2616

Sun Gil Oh
1015 North Kingley Drive, Suite 220
Los Angeles, CA 90029-1249

Pil Soon Joo
4341 Willow Brook Ave., #301
Los Angeles, CA 90029-2922

Wilshire Escrow Company
c/o Scott Whitman, Esq.
5670 Wilshire Blvd., Suite 2170
Los Angeles, CA 90036

Sang Nam Kim
14704 Sunny Drive
Sylmar, CA 91342-0922

Shepherd University
3200 N. San Fernando Rd
Los Angeles, CA 90065-1415

Simi Valley Shopping Center
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067-4003

Snell & Wilmer LLP
Two California Plaza
350 South Grand Ave, Ste 2600
Los Angeles, CA 90071-3487

Soo Nam Oh
15945 Alta Vista Drive
La Mirada, CA 90638-3239

Soon Nam Kang
200 Miranmar Street, Suite 518
Los Angeles, CA 90057

Sung Yeol Yim and In Rea Yim
11715 La Tierra Court
Northridge, CA 91326-1939

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

United States Trustee (LA)
Attn: Melanie S. Green/Kenneth G. Lau
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

W. Dan Lee, Esq.
Debtor's Attorneys
Lee Law Offices
5670 Wilshire Blvd., Suite 2150
Los Angeles, CA 90036

Yoon Chung Kim
450 South Grand View Street
Suite 510
Los Angeles, CA 90057-2818

Dana Park
3530 Wilshire Blvd. Ste 1850
Los Angeles, CA 90010

Marvin Levy, Esq.
11806 Moorpark Street, Apt. G
Studio City, CA 91604

Soon Im Ahn
450 S. Grandview Street, Suite 205
Los Angeles, CA 90057

Jong Wook Kim
1145 East Elmwood Ave.
Burbank, CA 91501

Soon Myung Oh
15945 Alta Vista Drive
La Mirada, CA 90638

Rev. Albert Kwang Chul Shin
12673 Eighth Street
Garden Grove, CA 92840

Dong Sub Bang
c/o Howard B. Kim, Esq.
3055 Wilshire Blvd., Suite 1040
Los Angeles, CA 90010

World Evangelical Church
c/o Jim Hyan Choi
727 S. Ardmore Ave., #206
Los Angeles, CA 90005-2494

Dana Park Beverly Hills Real Investment LLC
1021 W. Oak Hills Ct.
La Habra, CA 90631

Dana Park
2271 W. Malvern Ave #270
Fullerton, CA 92833

Park and Velavos LLP
801 S. Figueroa St., Suite 450
Los Angeles, CA 90017

Hyung Yul Jang
14781 Groveview Lane
Irvine, CA 92604

James Chul Hwan Oh and Ellen Sunsoo Oh
1461 South Boros Court
La Habra, CA 90631

Seong Sook Shim
1222 North Fairfax Ave., Suite 317
Los Angeles, CA 90046

Metropolitan Water District of Southern California
c/o Matthew A. Lesnick
Lesnick Prince & Pappas LLP
185 Pier Ave., Suite 103
Santa Monica, CA 90405

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

**FEDERAL AND STATE GOVERNMENT AND TAX AUTHORITIES**

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814

Environmental Protection Agency
Attn: Bankruptcy Department
75 Hawthorne Street
San Francisco, CA 94105

Environmental Protection Agency
Attn: Bankruptcy Department
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1

Consumer Law Section, Attn: Bankruptcy Notices
California Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12399745.1