Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
andy.kong@arentfox.com

Attorneys for Richard J. Laski, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**HOLY HILL COMMUNITY CHURCH,**<br>Debtor. | Case No. 2:14-bk-21070-WB<br>Chapter 11<br>Adv. No. 2:15-ap-_____-WB<br>**NOTICE OF REMOVAL OF ACTION STYLED *KOREAN AMERICAN PRESBYTERIAN CHURCH, ET AL. V. JUN KI KIM, ET AL.*, CASE NO. BC555357**<br>[Status Conference To Be Set By Court Pursuant to L.B.R. 9027-1] |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/11304332.1

**PLEASE TAKE NOTICE** that in accordance with 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule"), Richard J. Laski, the Chapter 11 Trustee (the "Trustee") of the above-captioned bankruptcy estate (the "Estate"), hereby removes to this Court, each of the claims and causes of action asserted in the civil action styled *Korean American Presbyterian Church, et al. v. Jun Ki Kim, et al.*, Case No. BC555357 (the "State Court Action), which is pending in the Los Angeles Superior Court. As required by Bankruptcy Rule 9027, attached hereto are all the relevant pleadings and process of record in the State Court Action. The Trustee has also lodged concurrently herewith a notice of state conference using the court-mandated form in accordance with LBR 9027-1(b).

The Trustee represents the following as grounds for removal of the State Court Action:

1. After the State Court Action was filed, on or about June 8, 2015, The Western Presbytery filed an adversary proceeding in the above-captioned bankruptcy case as adv. no. 2:15-ap-1300-WB (the "Adversary Proceeding"), against the same defendants in the State Court Action as well as the debtor Holy Hill Community Church, alleging the same facts and causes of action as alleged in the State Court Action.

2. Accordingly, after discussions by and between the parties to the State Court Action as well as the Trustee, the parties entered into a stipulation (the "Stipulation") on or about September 21, 2015, whereby the Trustee intervened in the State Court Action for the limited purpose of removing the State Court Action.

3. Pursuant to the Stipulation, all parties agreed to waive any and all objections to the removal of the State Court Action to the Bankruptcy Court.

4. An order approving the Stipulation was entered in the State Court Action or about September 21, 2015.

5. This Court has jurisdiction over the removed State Court Action pursuant to 28 U.S.C. §§ 157 and 1334 because the removed claims and causes of action are related to the above-captioned bankruptcy case, the Adversary Proceeding, and will impact property of the Estate and the Trustee's administration thereof.

6. The State Court Action is a core proceeding under 28 U.S.C. § 157(b) and the

Court can and should enter final judgment. To the extent that the State Court Action is deemed to be a non-core proceeding or that, absent the consent of the parties, this Court does not have the power to enter final orders or judgment in this proceeding, the Trustee consents to entry of final orders or judgment by this Court.

7. A copy of this Notice (without attachments) will be promptly filed with the Los Angeles Superior Court and will be served on all counsel of record in the State Court Action.

Dated: October 6, 2015          **ARENT FOX LLP**

By: /s/ *Andy S. Kong*
Andy S. Kong
Attorneys for Chapter 11 Trustee