# EXHIBIT 1

1   HOWARD B. KIM (SBN 197021)
    Law Offices of Howard B. Kim
2   3055 Wilshire Boulevard, Suite 1040
    Los Angeles, California 90010
3   Telephone:    (213) 368-1200
    Facsimile:    (213) 368-1201

**FILED**
Superior Court of California
County of Los Angeles

AUG 2 1 2014

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
    Shaunya Bolden

4

5   Attorney for Plaintiffs
    KOREAN AMERICAN PRESBYTERIAN CHURCH,
6   THE WESTERN CALIFORNIA PRESBYTERY

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9           **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

10

11  KOREAN AMERICAN PRESBYTERIAN      Case No:
    CHURCH, a Pennsylvania Non-Profit
12  Corporation; THE WESTERN CALIFORNIA    **BC 555 357**
    PRESBYTERY, a California Non-Profit
13  Corporation,                       **PLAINTIFFS' COMPLAINT FOR:**

14              Plaintiffs,              **1) DECLARATORY RELIEF**

15      vs.                             **2) PERMANENT INJUNCTION**

16
    JUN KI KIM, an individual; SANG YOON
17  CHO, an individual; KWANG NAM KIM, an
    individual; and DOES 1 to 50, inclusive,
18
                Defendants.
19

20

21          Plaintiffs allege as follows:

22          1.      Plaintiff KOREAN AMERICAN PRESBYTERIAN CHURCH (hereinafter

23  "KAPC") is, and at all times mentioned in this complaint was a Pennsylvania non-profit

24  corporation duly organized and existing under the laws of the State of Pennsylvania.

25          2.      Plaintiff THE WESTERN CALIFORNIA PRESBYTERY (hereinafter "WCP") is,

26  at all times mentioned in this complaint was a California non-profit religious corporation duly

27  organized and existing under the laws of the State of California.

28          3.      Defendant JUN KI KIM, (hereinafter "JUN") is, and at all times mentioned in this

                                        1
                                  COMPLAINT

1  complaint was, an individual subject to the jurisdiction of this Court.

2      4.      Defendant SANG YOON CHO (hereinafter "CHO") is, and at all times

3  mentioned in this complaint was, an individual subject to the jurisdiction of this Court.

4      5.      Defendant KWANG NAM KIM (hereinafter "KWANG") is, and at all times

5  mentioned in this complaint was, an individual subject to the jurisdiction of this Court.

6      6.      Plaintiffs are ignorant of the true names and capacities of the defendants sued

7  herein as Does 1 through 50, inclusive, and therefore sue these defendants by such fictitious

8  names.  Plaintiffs will amend this complaint to allege their true names and capacities when

9  ascertained. Plaintiff is informed and believes, and based thereon alleges, that each of the

10  fictitiously named defendants is responsible, in some manner, for the occurrences alleged, and

11  that Plaintiff's damages as alleged, were proximately caused by such defendants.

12      7.      Plaintiffs are informed and believe, and based thereon allege, that each of the

13  defendants sued was the agent and employee of each of the remaining defendants, and was, at all

14  times, acting within the purpose and scope of such agency and employment.

15  ## KOREAN AMERICAN PRESBYTERIAN CHURCH

16      8.      On or about August 18, 1978, plaintiff KAPC was incorporated as a non-profit

17  corporation under the laws of the State of Pennsylvania.  KAPC was organized and formed by its

18  founders for the purpose of becoming a world-wide denomination of the Presbyterian Reform

19  faith. The denomination is organized, maintained and governed by the Book of Church Order

20  (hereinafter "ORDER").

21      9.      Since being incorporated in 1978, KAPC has been holding annual meetings called

22  General Assembly (hereinafter "GA Annual Meeting") requiring attendance of leaders of the

23  denomination, including pastors and elders of all presbyteries and local churches.

24      10.      At the GA Annual Meeting held each year, the Nomination Committee (as

25  authorized by the ORDER) nominates, elects and appoints officers of the KAPC for the next

26  fiscal year to carry out the duties and responsibilities laid out in the ORDER.

27      11.      Once the officers of the KAPC are elected each year, these officers become the

28  governing body called General Assembly (hereinafter "Governing Body") and given the powers

1  and authorities specified in the ORDER.  During the elected year, the appointed officers of

2  KAPC are entrusted to maintain order and unity of the members of the denomination adhering to

3  the ORDER.

4       12.  Pursuant to Chapter 10, Article 1 of the ORDER, the Governing Body is the

5  highest court of all the congregations and courts of this denomination.  Pursuant to Chapter 10,

6  Article 2 of the ORDER, Governing Body has the authority to establish subsidiary regional

7  organizations called "Presbyteries."  Presbyteries in turn oversee and have authority over their

8  local churches who are members of the KAPC denomination.  Currently, KAPC has

9  approximately 30 district presbyteries under its governance.  Presbyteries govern local churches

10  within their respective assigned districts or geographical areas.

11  **THE WESTERN CALIFORNIA PRESBYTERY**

12       13.  The Western California Presbytery (hereinafter "WCP") is one of the

13  approximately 30 presbyteries under KAPC.  According to the Bylaws of WCP, the purpose of

14  WCP is to perform duties specified in the Constitution (or ORDER) of the KAPC denomination

15  and to protect and spread the truth of the gospel. WCP's designated geographical area covers

16  most of Los Angeles County.  Local churches within the Los Angeles County which have

17  become members of the denomination have agreed to be and are under the governance of the

18  WCP.

19       14.  Consequently, the individual members of local churches, which have joined the

20  denomination, are under the governance of WCP and KAPC and must adhere to the rules of the

21  ORDER.

22       15.  The 37th GA Annual Meeting was held in May 2013 in Los Angeles, California.

23  At the 37th GA Annual Meeting, the officers for the upcoming fiscal year were elected and

24  appointed according to the rules of the ORDER.

25       16.  Prior to and at the 37th GA Annual Meeting, there was a controversy between two

26  groups claiming that they were the proper WCP.

27       17.  One group was led by Rev. Jong Chun Suh aka John Suh as the moderator

28  (functionally same as the president) and Rev. Jong Yoon Jung as the stated clerk (functionally

3

COMPLAINT

1   same as the secretary)

2       18.    The second group was led by Rev. Noh Chul Park as the moderator.

3       19.    Due to the controversy, at the 37th GA Annual Meeting the Governing Body

4   passed a resolution ordering that both groups claiming to be the true WCP were suspended for

5   one year and/or until further adjudication is given by the Governing Body.

6       20.    After due investigation and consideration, the Governing Body as the highest

7   tribunal body of the denomination entered a judgment on July 13, 2013.  According to the July

8   13, 2013 judgment, Governing Body excommunicated Rev. Jong Chun Suh aka John Suh and

9   Rev. Jong Yoon Jung from the KAPC denomination.

10      21.    "Excommunication" means that Rev. Jong Chun Suh aka John Suh and Rev. Jong

11   Yoon Jung are no longer members of the KAPC denomination, cannot be part of any

12   presbyteries of KAPC, cannot hold any offices in any capacity within the KAPC denomination.

13      22.    After Rev. Jong Chun Suh aka John Suh and Rev. Jong Yoon Jung were

14   excommunicated from KAPC, they joined another denomination called "World Korean

15   Presbyterian Church."

16      23.    The 38th GA Annual Meeting was held in May 2014 in Toronto, Ontario, Canada.

17      24.    At the 38th GA Annual Meeting, the Governing Body entered the following

18   decree:

19          a.   The Western California Presbytery led by Rev. Noh Chul Park as moderator

20             is the only legitimate Western California Presbytery of the General Assembly

21             of KAPC; and

22          b.   The Holy Hill Community Church, with Rev. Dong Sub Bang as the Senior

23             Pastor, located at 1111 W. Sunset Blvd., Los Angeles, CA 90012 is an active

24             member of the legitimate Western California Presbytery.

25      25.    On or about May 28, 2014, Rev. John Choi, who was duly elected and appointed

26   as stated clerk of the Governing Body of KAPC at the 38th GA Annual Meeting, issued

27   Certificate of Denominational Membership formally declaring that the Western California

28   Presbytery led by Rev. Noh Chul Park as moderator is the only legitimate Western California

4

1   Presbytery of the General Assembly of the KAPC and that the Holy Hill Community Church,

2   with Rev. Dong Sub Bang as the Senior Pastor, located at 1111 W. Sunset Blvd., Los Angeles,

3   CA 90012 is an active member of KAPC regional presbytery of the Western California

4   Presbytery.  This decree was made pursuant to Chapter 10, Article 2 of the ORDER.

5       26.     Presbyteries are authorized to maintain order and unity amongst the local

6   churches within the geographical areas designated by the KAPC.

7       27.     Pursuant to Chapter 9, Article 6.5 of the ORDER, the WCP has the power, among

8   other things, to organize "Session" (functionally same as board of directors) and to direct other

9   matters pertaining to finances of local churches.

10                          **HOLY HILL COMMUNITY CHURCH**

11      28.     Since September 2007, Holy Hill Community Church ("HHCC") has been and is

12  under the governance of the WCP.  Currently, the WCP with Rev. Noh Chul Park as moderator

13  is the only authorized presbytery of the KAPC in the designated geographical area covering

14  HHCC.

15      29.     Pursuant to Chapter 9, Art. 6.5 of the ORDER, the WCP has the power, among

16  other things, to organize "Session" (functionally same as board of directors) and to direct other

17  matters pertaining to finances of local churches.

18      30.     Defendants JUN, CHO and KWANG falsely have claimed and continues to claim

19  that they are active members of the Holy Hill Community Church from 2011 to the present.

20      31.     From April 2011 to the present, Defendants were and are members of a church

21  called LA Sa-Rang Community Church (hereinafter "LASRCC") and have served as elders of

22  LASRCC.

23      32.     Despite their membership with and their position as elders at LASRCC,

24  Defendants were able to deceive the KAPC, WCP, HHCC and various members of the

25  denomination so that they can serve as members of the "Session" or the board of directors of the

26  HHCC thereby controlling the finance and assets of the HHCC.

27      33.     On or about May 31, 2014, after learning of these fraudulent acts of Defendants,

28  WCP, pursuant to the authority stated in the ORDER, have declared that Defendants are

1  suspended and removed from their office as members of the "Session" or the board of directors

2  of the HHCC.

3  ### FIRST CAUSE OF ACTION

4  **(Declaratory Relief Against All Defendants)**

5      34.    Plaintiffs hereby incorporate paragraphs 1-33 as though fully set forth herein.

6      35.    Despite being suspended, Defendants continue to serve as the "Session" or the

7  board of directors of HHCC.  Defendants have caused HHCC to file for bankruptcy and continue

8  to control all financial matters of HHCC.

9      36.    A judicial declaration is necessary and appropriate at this time.  Plaintiffs request

10  the Court to declare that as of May 31, 2014 Defendants JUN, CHO and KWANG are no longer

11  members of the "Session" or the board of directors of HHCC as they have been suspended by the

12  WCP.

13      37.    Further, Plaintiffs request this Court to declare that the WCP, with Rev. Noh Chul

14  Park as moderator is the only legitimate Western California Presbytery of the General Assembly

15  of the KAPC and that no other entity can claim that they are Western California Presbytery of

16  the General Assembly of the KAPC unless the governing body KAPC declares so.

17      38.    In addition, pursuant to Chapter 9, Article 6.5 of the ORDER Plaintiffs request

18  this Court to declare that WCP has the authority to appoint new members of the "Session" or

19  board of directors of HHCC once the Defendants have been removed from the "Session" or

20  board of directors of HHCC.

21  ### SECOND CAUSE OF ACTION

22  **(Preliminary and Permanent Injunction All Defendants)**

23      39.    Plaintiffs hereby incorporate paragraphs 1-38 as though fully set forth herein.

24      40.    In or around 1995, HHCC purchased and has since owned the real property

25  located at 1111 W. Sunset Blvd., Los Angeles, California.  At the time of the purchase, HHCC

26  paid approximately $8 million.  Currently, the real property is valued at over $20 million.

27      41.    As Defendants currently and invalidly are serving as the members of the

28  "Session" or board of directors of HHCC, they control and manage the HHCC property and

COMPLAINT

1  finances. Since taking control of the HHCC property and finances, Defendants have caused

2  HHCC to file for bankruptcy.

3      42.    Defendants are conspiring with others to allow HHCC's real property to be

4  encumbered with unauthorized debts. Defendants are conspiring with others to pay for expenses

5  incurred by individuals who have no legal rights to the HHCC real property. Defendants have

6  allowed recording of encumbrances to HHCC real property. HHCC is not legally responsible for

7  these certain debts and encumbrances.

8      43.    Defendants' wrongful conduct, unless and until enjoined and restrained by order

9  of this court, will cause great and irreparable injury to Plaintiffs in that Defendants will continue

10  to waste and squander Plaintiffs' assets.

11      44.    Plaintiffs have no adequate remedy at law for the injuries currently being

12  suffered and that are threatened as it will be impossible for Plaintiffs to determine the precise

13  amount of damage that they will suffer if Defendants' conduct is not restrained and/or Plaintiffs

14  will be forced to institute a multiplicity of suits to obtain adequate compensation for their injuries.

15      45.    As a proximate result of Defendants' wrongful conduct, Plaintiffs' have been

16  damaged in the sum to be determined at trial.

17      46.    Plaintiffs request the Court to render a judgment of permanent injunction (as well

18  as a temporary restraining order and preliminary injunction) enjoining Defendants from

19  interfering with the control and management of HHCC's real properties, assets, finances and all

20  other governing matters delegated to the "Session" or board of directors of HHCC.

21

22      WHEREFORE, Plaintiffs pray for a judgment against Defendants as follows:

23      **FOR FIRST CAUSE OF ACTION**

24      1.    For a declaration that as of May 31, 2014 Defendants JUN, CHO and KWANG

25          are no longer members of the "Session" or the board of directors of HHCC;

26      2.    For a declaration that WCP has the authority to appoint new members of the

27          "Session" or board of directors of HHCC once the Defendants have been removed

28          from the "Session" or board of directors of HHCC;

COMPLAINT

3.    For attorney fees as permitted by law; and

4.    For costs of suit herein incurred; and

5.    For such other and further relief as the court may deem proper.

**FOR SECOND CAUSE OF ACTION**

1.    For an order requiring defendants to show cause, if any they have, why they should not be enjoined as set forth in this complaint, during the pendency of this action;

2.    For a temporary restraining order, a preliminary injunction, and a permanent injunction, all enjoining Defendants, and each of them, and their agents, servants, and employees, and all persons acting under, in concert with, or for them from interfering with the control and management of HHCC's real properties, assets, finances and all other governing matters delegated to the "Session" or board of directors of HHCC;

3.    For monetary damages according to proof;

4.    For attorney fees as permitted by law; and

5.    For costs of suit herein incurred; and

6.    For such other and further relief as the court may deem proper.

DATED: August _21_, 2014

By: _____
HOWARD B. KIM
Attorney for Plaintiffs
KOREAN AMERICAN PRESBYTERIAN
CHURCH, THE WESTERN CALIFORNIA
PRESBYTERY

08/21/2014

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| HOWARD B. KIM (SBN 197021)<br>Law Offices of Howard B. Kim<br>3055 Wilshire Blvd., Suite 1040<br>Los Angeles, CA 90010<br>TELEPHONE NO.: 213-368-1200  FAX NO.: 213-368-1201<br>ATTORNEY FOR *(Name):* Plaintiffs | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>AUG 21 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Shaunya Bolden |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

CASE NAME:
Korean American Presbyterian Church v. Jun Ki Kim, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: BC 5 5 5 3 5 7 |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount demanded exceeds $25,000) | ☐ Limited<br>(Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☐ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* Two
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 21, 2014
Howard B. Kim, Esq.
_____
(TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

BC 555357

| SHORT TITLE: Korean American Presbyterian Church v. Kim, et al. | CASE NUMBER |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I**. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES    CLASS ACTION? ☐ YES    LIMITED CASE? ☐ YES    TIME ESTIMATED FOR TRIAL 5 ____ ☐ HOURS/ ☑ DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> **Applicable Reasons for Choosing Courthouse Location (see Column C below)**

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Auto Tort** Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

*(Left margin labels: Auto Tort; Other Personal Injury/ Property Damage/ Wrongful Death Tort)*

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

## CIVIL CASE COVER SHEET ADDENDUM
## AND STATEMENT OF LOCATION

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: Korean American Presbyterian Church v. Kim, et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013 Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109 Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation      Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032 Quiet Title | 2., 6. |
| | | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |

08/21/2014

| SHORT TITLE: Korean American Presbyterian Church v. Kim, et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☒ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☒ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 3 of 4

| SHORT TITLE: Korean American Presbyterian Church v. Kim, et al. | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| **REASON:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. ☐1. ☑2. ☐3. ☐4. ☐5. ☐6. ☐7. ☑8. ☐9. ☐10. | ADDRESS: 1111 W. Sunset Blvd. |
|---|---|

| CITY: Los Angeles | STATE: CA | ZIP CODE: 90012 |
|---|---|---|

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the _Stanley Mosk_ courthouse in the _Central_ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: _August 21, 2014_

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4

**EXHIBIT 2**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

JUN KI KIM, an individual; SANG YOON CHO, an individual;
KWANG NAM KIM, an individual; and DOES 1 to 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KOREAN AMERICAN PRESBYTERIAN CHURCH, a Pennsylvania
Non-Profit Corporation; THE WESTERN CALIFORNIA PRESBYTERY,
a California Non-Profit Corporation

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
Superior Court of California
County of Los Angeles

AUG 21 2014

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Shaunya Bolden

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* LOS ANGELES SUPERIOR COURT
111 N. Hill Street
Los Angeles, CA 90012

CASE NUMBER:
*(Número del Caso):* **BC 555 357**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Howard B. Kim (SBN 197021) 3055 Wilshire Blvd., Suite 1040, Los Angeles, CA 90010. Tel: (213) 368-1200

DATE:                                      AUG 21 2014        Clerk, by  **SHERRI R. CARTER**                          , Deputy
*(Fecha)*                                                     *(Secretario)*                                           *(Adjunto)*
SHAUNYA BOLDEN

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ]  as an individual defendant.
2. [ ]  as the person sued under the fictitious name of (specify):

3. [ ]  on behalf of (specify):

under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
       [ ] other (specify):
4. [ ]  by personal delivery on (date):

[SEAL]

Page 1 of 1

SUMMONS
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# EXHIBIT 3

74

NOTICE SENT TO:

Law Offices Howard B. Kim
3055 Wilshire Boulevard, Suite 1040
Los Angeles          CA  90010

**FILED**
Superior Court of California
County of Los Angeles

**AUG 22 2014**

Sherri R. Carter, Executive Officer/Clerk
By _Marcela Tavakoli_ Deputy
Marcela Tavakoli

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

KOREAN AMERICAN PRESBYTERIAN CHURCH ET
                                    Plaintiff(s),
                VS.

JUN KI KIM ET A

                                    Defendant(s).

| CASE NUMBER |
| --- |
| BC555357 |

**NOTICE OF CASE
MANAGEMENT CONFERENCE**

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/ attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for _December 15, 2014_ at _9:00 am_ in _Dept. 74_ at 111 North Hill Street, Los Angeles, California 90012.

**NOTICE TO DEFENDANT:    THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE
                DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.**

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least **15 calendar days** prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, section 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, Code of Civil Procedeure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code Section 68608 (b), and California Rules of Court 2.2 et seq.

Date: _August 22, 2014_

_____
                                            Judicial Officer

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[ ] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[ ] by personally giving the party notice upon filing the complaint.

Date: _August 22, 2014_

                                    Sherri R. Carter, Executive Officer/Clerk

                                    by _____, Deputy Clerk

LACIV 132 (Rev. 09/07)
LASC Approved 10-03

Cal. Rules of Court, rule 3.720-3.730
LASC Local Rules, Chapter Seven

# EXHIBIT 4

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 08/26/14                                                                    **DEPT. 85**

HONORABLE JAMES C. CHALFANT          JUDGE    F. BECERRA          DEPUTY CLERK

HONORABLE                    JUDGE PRO TEM              ELECTRONIC RECORDING MONITOR
2E
         A. RODRIGUEZ, C.A.    Deputy Sheriff   NONE                  Reporter

8:30 am  BC555357                          Plaintiff
                                           Counsel   HOWARD B. KIM (X)
         KOREAN AMERICAN PRESBYTERIAN
                         VS                Defendant
                                           Counsel   DAVID H RHO (X)
         VS
         JUN KI KIM ET AL

**NATURE OF PROCEEDINGS:**

EX PARTE APPLICATION OF PLAINTIFFS FOR A TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION


Department 86 being unavailable, the matter is heard
in Department 85.

The matter is called for hearing.

The Court has read and considered plaintiff's ex parte
application for a temporary restraining order and
order to show cause re: preliminary injunction and
finds no emergency or irrepable harm shown.

The ex parte is denied in favor of a noticed motion in
the trial court.

Notice is waived.

MINUTES ENTERED
08/26/14
COUNTY CLERK

# EXHIBIT 5

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 08/26/14

HONORABLE JAMES C. CHALFANT    JUDGE

HONORABLE    JUDGE PRO TEM
2E
    A. RODRIGUEZ, C.A.    Deputy Sheriff

DEPT. 85

F. BECERRA    DEPUTY CLERK

    ELECTRONIC RECORDING MONITOR

NONE    Reporter

8:30 am  BC555357

KOREAN AMERICAN PRESBYTERIAN

                VS

VS
JUN KI KIM ET AL

Plaintiff
Counsel   HOWARD B. KIM (X)

Defendant
Counsel   DAVID H RHO (X)

**NATURE OF PROCEEDINGS:**

EX PARTE APPLICATION OF PLAINTIFFS FOR A TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION


Department 86 being unavailable, the matter is heard
in Department 85.

The matter is called for hearing.

The Court has read and considered plaintiff's ex parte
application for a temporary restraining order and
order to show cause re: preliminary injunction and
finds no emergency or irrepable harm shown.

The ex parte is denied in favor of a noticed motion in
the trial court.

Notice is waived.

Page   1 of   1   DEPT. 85

MINUTES ENTERED
08/26/14
COUNTY CLERK

# EXHIBIT 6

LEE LAW OFFICES
W. Dan Lee (SBN 289526)
Email: dlee@leelawltd.com
David Rho (SBN 270598)
Email: drho@leelawltd.com
5670 Wilshire Blvd., Suite 2150
Los Angeles, California
Telephone:  (323) 965-7895
Facsimile:  (323) 815-8895

**FILED**
Superior Court of California
County of Los Angeles

**AUG 2 6 2014**

Sherri R. Carter, Executive Officer/Clerk
By _Annette Fajardo_, Deputy
Annette Fajardo

Attorneys for Defendants
JUN KI KIM, SANG YOON CHO, and KWANG
NAM KIM

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

KOREAN AMERICAN PRESBYTERIAN
CHURCH, a Pennsylvania Non-Profit
Corporation; THE WESTERN CALIFORNIA
PRESBYTERY, a California Non-Profit
Corporation;

        Plaintiffs,

vs.

JUN KI KIM, an individual; SANG YOON
CHO, an individual; KWANG NAM KIM, an
individual; and DOES 1 through 50, inclusive;

        Defendants.

CASE NO. BC555357

[Assigned to the Hon. Teresa Sanchez-Gordon
in Dept. 74]

**DECLARATION OF DAVID H. RHO IN
OPPOSITION TO PLAINTIFFS' EX
PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER**

Action Filed: August 21, 2014
Trial Date:    None

TRO Date:    August 26, 2014
Time:        8:30 a.m.
Department:  86

1

**DECLARATON OF DAVID H. RHO**

# DECLARATION OF DAVID H. RHO

I, DAVID H. RHO, state and declare that:

1.     I am an attorney duly licensed to practice law in the State Courts of California and an attorney at Lee Law Offices. I represent the Defendants Jun Ki Kim, Sang Yoon Cho, and Kwang Nam Kim (collectively the "Elders"), the current ruling elders of Holy Hill Community Church in this matter, the *Korean American Presbyterian Church, et al. v. Jun Ki Kim, et al.*, Los Angeles Superior Court Case No. BC555357.

2.     On Thursday August 21, 2014, I was informed that a lawsuit had been filed against the Elders and an Ex Parte for Temporary Restraining Order was scheduled for the following day, Friday August 22, 2014 at 8:30 a.m. I immediately emailed Mr. Howard Kim ("Mr. Kim"), counsel for Plaintiffs and requested a postponement of the ex parte application until the managing partner of Lee Law Offices return from trial in Chicago, IL. I also requested that Mr. Kim send all moving papers, declarations, motions, and any other documents as soon as possible. Mr. Kim responded by asking a few questions but failed to respond to any of my requests. Eventually, Mr. Kim cancelled Friday's ex parte application. Attached as Exhibit "A" is a true and correct copy of the email communications from August 21, 2014.

3.     On Monday August 25, 2014 at approximately 9:40 a.m., I received an email notice from Mr. Kim regarding the ex parte application for temporary restraining order. Attached as Exhibit "B" is a true and correct copy of the email communication and the attached ex parte notice.

4.     At approximately 10:15 a.m., I called Mr. Kim and again requested that the ex parte be postponed and if not, that the moving papers and all other documents be sent to my office. Mr. Kim informed me that he would speak to his clients and further informed me that he could not

2

1    locate Defendant Jun Ki Kim to serve him properly. Mr. Kim further informed me that he would

2    speak to his clients regarding the postponement and would either let me know regarding the

3    postponement or send me all moving papers and other documents to be heard at the ex parte

4    application for Temporary Restraining Order scheduled for Tuesday August 26, 2014 at 8:30 a.m.

5    It is now Tuesday August 26, 2014, 1:00 a.m. and I still have not received any word regarding

6    postponement and have not received any of the moving documents for the scheduled ex parte

7    application.

8        I declare under penalty of perjury that the above statements are true and correct.

9        Executed in August 26, 2014, in Los Angeles, California.

10

11

12

13    By: _____

14

15        DAVID H. RHO

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATON OF DAVID H. RHO

EXHIBIT

# EXHIBIT A

# EXHIBIT A



.8/26/2014                                                                    Lee Law Offices Mail - Holy Hill Community Church

David Rho <drho@leelawltd.com>

# Holy Hill Community Church

6 messages

**David Rho** <drho@leelawltd.com>                                          Thu, Aug 21, 2014 at 11:26 AM
To: hbklaw@gmail.com
Cc: Dan Lee <dlee@leelawltd.com>

Dear Mr. Howard Kim,

I was just informed that your firm will appear in Dept. 86 tomorrow morning for an ex parte application for a
temporary restraining order against my client. As Mr. Dan Lee is not in town tomorrow, we request that (1) the ex
parte application for TRO be postponed until August 29, 2014 in order to allow Mr. Lee the opportunity to appear;
and (2) all moving papers be sent to me by email, fax, or any other method including all declarations, the motion,
and any proofs of service as soon as possible.

Please let me know regarding the two requests above.

Thank you,

David Rho

--

Lee Law Offices
5670 Wilshire Boulevard, Ste. 2150
Los Angeles, CA 90036
Phone: (323) 965-7895
Fax: (323) 815-8895

This email and all attachments may contain confidential or attorney-client privileged information. If you have any
reason to believe you are not the intended recipient, you are requested to immediately delete all copies of this
email and it's attachment, and to notify the sender that you have received it in error.

No information contained in this email is to be construed as legal advice or tax advice, nor are you to rely on any
statement in this email as such advice. Unless you have received a signed legal representation agreement from
our office and it is currently in effect, you are specifically advised that we are not your attorneys and that nothing
in this email creates an attorney-client relationship.

No ex parte notification is accepted by email or by voicemail.

**Howard Kim** <hbklaw@gmail.com>                                          Thu, Aug 21, 2014 at 1:46 PM
To: David Rho <drho@leelawltd.com>

Dear Mr. Rho,

You state in your email that your client informed you about tomorrow's ex parte.  Can you please confirm who
your firm represents?

ExA

Also, I believe you are also an attorney. Can you confirm that you are David Hyunjean Rho (SBN 270598) and that you work for and with Mr. Won Kee "Dan" Lee (SBN 289526).

Thank you.


Howard B. Kim, Esq.

Law Offices of Howard B. Kim

3055 Wilshire Blvd., Suite 1040

Los Angeles, CA 90010

Tel: (213) 368-1200

Fax: (213) 368-1201


THE INFORMATION CONTAINED IN THIS EMAIL TRANSMISSION IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, DO NOT USE OR DISCLOSE THIS EMAIL TRANSMISSION. IF YOU HAVE RECEIVED THIS EMAIL TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND DELETE THIS EMAIL TRANSMISSION. THANK YOU.

[Quoted text hidden]

---

**David Rho** <drho@leelawltd.com>                                            Thu, Aug 21, 2014 at 2:43 PM
To: Howard Kim <hbklaw@gmail.com>, Dan Lee <dlee@leelawltd.com>

Mr. Kim,

I am David Hyunjean Rho and I do work with Mr. Won Kee Dan Lee. The clients we represent are/were Sang Yoon Cho, Jun Ki Kim, and Kwang Nam Kim in BC459793.

Now that I've answered all your questions, I'd like to ask some questions to you: 1) who do you represent? 2) who gives you authority to represent the Western California Presbytery? 3) Who gives you the authority to represent the KAPC? 4) Can you send me the moving papers? 5) Have the moving papers been filed with the Court including any exhibits yet? 5) Can we postpone the ex parte until Friday August 29, 2014? 6) Can you send all exhibits and Proofs of Service immediately to this email address?

I am also available at (323) 965-7895 if you would like to speak to me.

Thank you,

David Rho

[Quoted text hidden]

---

**David Rho** <drho@leelawltd.com>                                            Thu, Aug 21, 2014 at 3:26 PM
To: Howard Kim <hbklaw@gmail.com>, Dan Lee <dlee@leelawltd.com>

Dear Mr. Kim,

I just called your office and was told that you were on the phone. I was placed on hold for approximately 25 minutes and was finally told by your secretary that you would be on the phone for some time. I left a message with your secretary - you need to call me back as soon as possible - this is urgent and relates to your TRO tomorrow. My number is (323) 965-7895. I will be available at this number until very late today.

Best,

David Rho
[Quoted text hidden]

---

**Howard Kim** <hbklaw@gmail.com>                                    Thu, Aug 21, 2014 at 4:03 PM
To: David Rho <drho@leelawltd.com>
Cc: Dan Lee <dlee@leelawltd.com>

Mr. Rho,

I will cancel tomorrow's ex parte application.  However, I will not be able to postpone it until next Friday.  I have not filed the application for TRO.

Will you let me know re service of summons and complaint on behalf of your three clients?

Regards,

Howard Kim
[Quoted text hidden]

---

**David Rho** <drho@leelawltd.com>                                    Thu, Aug 21, 2014 at 4:11 PM
To: Howard Kim <hbklaw@gmail.com>
Cc: Dan Lee <dlee@leelawltd.com>

Thank you Mr. Kim - I will let you know.

David Rho
[Quoted text hidden]

08/28/2014

**EXHIBIT B**

# EXHIBIT B

# EXHIBIT B

8/26/2014                                    Lee Law Offices Mail - Tomorrow's ex parte notice

# GMail
by Google

David Rho <drho@leelawltd.com>

---

## Tomorrow's ex parte notice
1 message

---

**Howard Kim** <hbklaw@gmail.com>                                    Mon, Aug 25, 2014 at 9:40 AM
To: David Rho <drho@leelawltd.com>

Dear Mr. Rho,

Attached please find Ex parte Notice for tomorrow's hearing.  The attached notice was faxed to your office and contains confirmation page that the transmission was completed.

If you have any question, please contact me.


Howard B. Kim, Esq.

Law Offices of Howard B. Kim

3055 Wilshire Blvd., Suite 1040

Los Angeles, CA 90010

Tel: (213) 368-1200

Fax: (213) 368-1201


THE INFORMATION CONTAINED IN THIS EMAIL TRANSMISSION IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, DO NOT USE OR DISCLOSE THIS EMAIL TRANSMISSION.  IF YOU HAVE RECEIVED THIS EMAIL TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND DELETE THIS EMAIL TRANSMISSION.  THANK YOU.

---

📄 **Ex parte Notice for August 26, 2014.pdf**
    158K

EX B

```
*********************
*** FAX TX REPORT ***
*********************


          TRANSMISSION OK

  JOB NO.               2796
  DESTINATION ADDRESS   13238158895
  PSWD/SUBADDRESS
  DESTINATION ID
  ST. TIME              08/25 09:29
  USAGE T               01'57
  PGS.                  4
  RESULT                OK
```

# HK  LAW OFFICES OF
## HOWARD B. KIM
#### A PROFESSIONAL LAW CORPORATION

## __FACSIMILE TRANSMISSION COVER SHEET__

ORIGINAL ( ) WILL BE SENT ( X ) WILL NOT BE SENT BY MAIL.

Date: August 25, 2014

| To: | Firm/Co.: | Telephone No.: | Facsimile No.: |
|---|---|---|---|
| David Rho, Esq. | Lee Law Offices | (323) 965-7895 | (323) 815-8895 |

From: Howard B. Kim, Esq.

Re: __KAPC v. Kim, et al.__
__LASC Case No. BC555357__

__Comments:__

**Notice of Plaintiffs' Ex Parte Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction**

*TOTAL NUMBER OF PAGES INCLDUING THIS COVER SHEET: 4*

*IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (213) 368-1200.*

*THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED*



# LAW OFFICES OF
# HOWARD B. KIM
A PROFESSIONAL LAW CORPORATION

---

## FACSIMILE TRANSMISSION COVER SHEET

ORIGINAL ( ) WILL BE SENT ( X ) WILL NOT BE SENT BY MAIL.

Date:  August 25, 2014

| To: | Firm/Co.: | Telephone No.: | Facsimile No.: |
|---|---|---|---|
| David Rho, Esq. | Lee Law Offices | **(323) 965-7895** | **(323) 815-8895** |

From:  Howard B. Kim, Esq.

Re:   *KAPC v. Kim, et al.*
      *LASC Case No. BC555357*

Comments:

**Notice of Plaintiffs' Ex Parte Application for a Temporary Restraining Order
and Order to Show Cause re Preliminary Injunction**

*TOTAL NUMBER OF PAGES INCLDUING THIS COVER SHEET:* 4

*IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (213) 368-1200.*

*THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE
USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED
RECIPIENT, OR THE PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, DO NOT
USE OR DISCLOSE THIS FACSIMILE. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS
VIA THE U.S. POSTAL SERVICE. THANK YOU.*



3055 Wilshire Blvd.
Suite 1040
Los Angeles, CA 90010
T (213) 368-1200  F (213) 368-1201





# LAW OFFICES OF
## HOWARD B. KIM
A PROFESSIONAL LAW CORPORATION

August 25, 2014

**VIA FACSIMILE ONLY at (323) 815-8895**

David Rho, Esq.
Lee Law Offices
5670 Wilshire Blvd., Ste. 2150
Los Angeles, CA 90036

Re: Ex parte Notice

Dear Mr. Rho:

Please be advised that the Law Offices of Howard B. Kim has been retained by the Korean American Presbyterian Church, a Pennsylvania Non-Profit Corporation and The Western California Presbytery, a California Non-Profit Corporation.

PLEASE TAKE NOTICE THAT on Friday, August 26, 2014, at 8:30 a.m., in Department 86 of the Los Angeles Superior Court located at 111 N. Hill Street, Los Angeles, CA 90012, Plaintiffs will appear to file ex parte application for a temporary restraining order and order to show cause why preliminary injunction should not be issued.

Enclosed please find Notice of Ex Parte Application.

If you have any question, please contact me.

Very truly yours,

Howard B. Kim, Esq.

Enclosure

3055 Wilshire Blvd.
Suite 1040
Los Angeles, CA 90010
T (213) 368-1200   F (213) 368-1201

1  HOWARD B. KIM (SBN 197021)
   Law Offices of Howard B. Kim
2  3055 Wilshire Boulevard, Suite 1040
   Los Angeles, California 90010
3  Telephone:    (213) 368-1200
   Facsimile:    (213) 368-1201
4

5  Attorney for Plaintiffs
   KOREAN AMERICAN PRESBYTERIAN CHURCH,
6  THE WESTERN CALIFORNIA PRESBYTERY

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9        **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

10

11 | KOREAN AMERICAN PRESBYTERIAN          | Case No: BC555357
12 | CHURCH, a Pennsylvania Non-Profit     |
   | Corporation; THE WESTERN CALIFORNIA   | [Assigned for All Purposes to Hon. Teresa
13 | PRESBYTERY, a California Non-Profit    | Sanchez-Gordon, Dept. 74]
   | Corporation,                          |
14 |                                       | **NOTICE OF PLAINTIFFS' *EX PARTE***
   |              Plaintiffs,              | **APPLICATION FOR A TEMPORARY**
15 |                                       | **RESTRAINING ORDER AND ORDER TO**
   |          vs.                          | **SHOW CAUSE RE: PRELIMINARY**
16 |                                       | **INJUNCTION**
   | JUN KI KIM, an individual; SANG YOON  |
17 | CHO, an individual; KWANG NAM KIM, an | Date:        August 26, 2014
   | individual; and DOES 1 to 50, inclusive, | Time:        8:30 a.m.
18 |                                       | Dept.:       86
   |             Defendants.              |
19 |                                       |
   |                                       | Action Filed:  August 21, 2014
20 |                                       | Trial Dates:   N/A
21
22

23       NOTICE TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

24       Plaintiffs KOREAN AMERICAN PRESBYTERIAN CHURCH (hereinafter "KAPC")

25 and THE WESTERN CALIFORNIA PRESBYTERY (hereinafter "WCP") (hereinafter

26 collectively "Plaintiffs") will appear *ex parte* on August 26, 2014, at 8:30 a.m. in Department 86

27 of the Los Angeles Superior Court located at 111 N. Hill Street, Los Angeles, CA 90012 to file

28 application for a temporary restraining order, and order show cause why preliminary injunction

                                          1

1   should not issue, against Defendants JUN KI KIM, an individual; SANG YOON CHO, an

2   individual; and KWANG NAM KIM, an individual (hereinafter collectively "Defendants"), and

3   Defendants' attorneys and/or employees, agents, servants, assigns, and all those acting in concert

4   with Defendants from engaging in any of the following acts:

5          1.     Refrain from interfering with the control and management of HHCC's real

6   properties, assets, finances and all other governing matters delegated to the "Session" or board of

7   directors of HHCC.

8          2.     Refrain from representing that they are members of HHCC;

9          3.     Refrain from representing that they are members of the "Session" or board of

10   directors of HHCC.

11        Plaintiffs' *ex parte* application will be made on the ground that:

12          1.     Plaintiffs will suffer great and irreparable harm unless Defendants are restrained

13   from their wrongful actions in continuing to control and manage the assets of HHCC; and

14          2.     This application is made on an ex parte basis because the matter cannot be heard

15   on normal notice to prevent Defendants from creating false, illegal and unauthorized debts to

16   continue encumbering HHCC's real property.

17

18   DATED: August 22, 2014

19

20        By:

21           HOWARD B. KIM
        Attorney for Plaintiffs

22           KOREAN AMERICAN PRESBYTERIAN
        CHURCH, THE WESTERN CALIFORNIA
        PRESBYTERY

23

24

25

26

27

28

NOTICE OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION