Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
aram.ordubegian@arentfox.com
andy.kong@arentfox.com

Attorneys for Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**HOLY HILL COMMUNITY CHURCH,**<br><br>　　　　Debtor. | Case No.: 2:14-bk-21070-WB<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD J. LASKI IN SUPPORT OF CONFIRMATION OF CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 10, 2015**<br><br>Confirmation Hearing:<br>DATE:　　November 5, 2015<br>TIME:　　10:00 a.m.<br>PLACE:　　Courtroom 1375<br>　　　　　　255 East Temple Street<br>　　　　　　Los Angeles, CA 90012 |

AFDOCS/12594374.1

# DECLARATION OF RICHARD J. LASKI

I, Richard J. Laski, declare as follows:

1. I am the duly appointed and acting Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Holy Hill Community Church, the above-captioned debtor (the "Debtor"). I have personal knowledge of the facts described herein and if called as a witness, I can and will testify competently thereto. I submit this declaration in support of the First Amended Chapter 11 Plan of Reorganization dated September 10, 2015 (as may be amended, the "Plan") and the Brief in Support of Confirmation of the First Amended Chapter 11 Plan of Reorganization (the "Confirmation Brief") filed concurrently herewith. Capitalized terms not explicitly defined herein shall have the meaning ascribed to them in the Confirmation Brief.

2. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge; my review of the Debtor's books and records; other independent information and documents provided to me by the Debtor and/or other interested parties; relevant documents and other information collected or prepared by the Debtor's agents; publicly available documents, such as filings in this chapter 11 case; or my opinion based on my experience and as chapter 11 trustee of the Debtor's Estate. If called to testify, I could and would testify competently to the facts set forth below.

3. I have worked closely with my counsel and have been closely involved with the preparation of the Plan. As such, I have a strong understanding of the Debtor's financial condition and the affairs of the Estate.

## The Plan is Proposed in Good Faith and Complies with the Law

4. My objective here in proposing the Plan has been to appropriately reorganize the Debtor's affairs by, among other things, continuing the Reorganized Debtor as a non-profit religious corporation, maintaining the tax exempt status of the Debtor, providing for a fair distribution to the creditors, and using the surplus funds to purchase one or more churches for the Reorganized Debtor to fulfill its' mission in

- 2 -

1  accordance with its' Articles of Incorporation and Bylaws. I am the proponent of the Plan
2  and I reviewed the Plan. The Plan is true and correct to the best of my knowledge.

3      5.    I am informed and understand that the Bankruptcy Code requires that a plan
4  be proposed in good faith and to comply with the Bankruptcy Code. The Plan in this case
5  is proposed in good faith. Moreover, I have worked closely with my bankruptcy counsel
6  in this case and understand based on their advice that the Plan complies with the
7  applicable Bankruptcy law.

8      6.    In this case, I believe that the Plan deals fairly with all creditors and
9  claimants by reorganizing the Debtor's affairs and providing for the payment in full of all
10 creditors holding Allowed Claims. The Plan will also result in the creation of the
11 Reorganized Debtor which will be managed by me.

12     7.    Post-confirmation, the Plan also provides for a mechanism where the Debtor
13 factions will mediate their disputes and ultimately have this Court enter a final decision
14 concerning the rightful and lawful ruling elders of the Reorganized Debtor.

15     8.    I have caused all relevant pleadings related to the Sale and the Plan to be
16 served on the California Secretary of State and the Attorney General who I am informed
17 are charged with monitoring California non-profit corporations. To date, they have not
18 objected to the Sale or the Plan.

### The Plan Is in the Best Interest of Creditors

20     9.    I believe there are no impaired classes under the Plan and that the Plan is in
21 the best interest of creditors. I am informed that in chapter 7, distributions to creditors, if
22 any, would be delayed due to, among other things: (a) the setting of a new bar date for the
23 filing of proofs of claim, which could also result in the filing of additional claims and thus
24 may reduce distributions to creditors, (b) the chapter 7 trustee and his professionals
25 getting up to speed in this complex case and the preparation of the chapter 7 trustee's final
26 reports to the United States Trustee, and (c) the administrative activities of the United
27 States Trustee and the Court's clerk's office in connection with, among other activities,
28 converting and closing this case. Worse yet, a chapter 7 may very well terminate the

- 3 -

AFDOCS/12594374.1

1  control of ownership of the Debtor and terminate the Debtor's tax exempt, non-profit
2  status to the detriment of creditors and interested parties.

3      10.    After considering the effects that a chapter 7 liquidation would have on the
4  Debtor and the Estate, I believe that confirmation of the Plan will provide each holder of
5  an allowed claim with recovery that is not less than the recovery such holder would
6  receive pursuant to the liquidation of the Debtor under chapter 7.

7      11.    I currently hold $24,701,164 of the Net Sale Proceeds in a segregated
8  account to be distributed to creditors pursuant to the Plan with the surplus funds being
9  used to purchase one or more churches for the Reorganized Debtor. I am also working
10 with Downtown Capital, LLC, Wilshire Escrow Company, and other interested parties for
11 the release of certain interpled funds in the approximate amount of $4,700,000 (the
12 "Interpled Funds") to the Estate. Once the Interpled Funds are released, I will hold
13 approximately $29,401,164 that will be available for distribution to creditors holding
14 Allowed Claims and for the purchase of the new church(es). Confirmation of the Plan
15 will provide for an immediate distribution to be held by the Disbursing Agent for the
16 benefit of unsecured creditors, which distribution is in the interest of the estate and the
17 creditor body.

## The Plan is Feasible

18
19     12.    I am further informed and understand that an aspect of the feasibility of the
20 Plan considers whether the Estate will have enough cash on the Effective Date to pay all
21 claims and expenses that are entitled to be paid on such date. To this end, as noted above,
22 I currently hold $24,701,164 in a segregated account to be used to fund the Plan if it is
23 confirmed without taking into account the Interpled Funds. Because as set forth below in
24 chart form all monies necessary to make all payments under the Plan will be available,
25 this aspect of feasibility is satisfied.

| Cash on Hand | $24,701,164 |
|---|---|
| Plus: Interpled Funds | $4,700,000 (approximately) |
| Less: Estimated Unpaid Administrative Expenses of Professionals | ($2,059,500) |

- 4 -

AFDOCS/12594374.1

| | |
|---|---|
| Less: Reserves for Priority Tax Claims and Possible Capital Gains Taxes | ($5,005,118) |
| Less: Reserves for Secured Creditors in Class 1A thru 1J | ($19,414,400) |
| Less: Reserve for Class 2 Claims | ($12,600) |
| Less: Total Estimated Payments to Class 3 | ($1,744,376) |
| Estimated Amount Remaining After Paying And/Or Reserving For All Possible Obligations Under The Plan | $1,165,170 |

13. I worked with my counsel in preparing the Effective Date payment / reserve projections (attached as Exhibit "2" to the Plan) and the above chart. As the above chart demonstrates, I will have ample cash on hand to pay all claims and expenses required to be paid on the Effective Date and indeed will have adequate cash reserves on hand for the payment and/or reservation all distributions called for under the Plan.

### The Plan Does Not Discriminate Unfairly

14. The Plan does not discriminate between any classes. The Plan properly classifies claims in classes and groups together substantially similar claims as required by Section 1122. There are no classes of interest since the Debtor is a non-profit religious corporation. The Plan contains twelve (12) separate classes of claims. Classes 1A through 1J consist of secured claims which are properly classified into separate classes. Class 2 consists of non-tax priority claims priority claims and is properly classified separately. Class 3 consists of general unsecured claims and is properly classified separately.

- 5 -

AFDOCS/12594374.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of October 2015 at Pasadena, California.

_____
RICHARD J. LASKI,
CHAPTER 11 TRUSTEE

AFDOCS/12594374.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RICHARD J. LASKI IN SUPPORT OF CONFIRMATION OF CHAPTER 11 TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 10, 2015** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/22/2015** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/22/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/22/2015 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

AFDOCS/12608503.1

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Richard T Baum on behalf of Debtor Holy Hill Community Church
rickbaum@hotmail.com, rickbaum@ecf.inoruptcy.com

Richard T Baum on behalf of Defendant Holy Hill Community Church
rickbaum@hotmail.com, rickbaum@ecf.inoruptcy.com

Bernard D Bollinger, Jr on behalf of Creditor 1111 Sunset, LLC and Downtown Capital, LLC
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Bernard D Bollinger, Jr on behalf of Creditor Downtown Capital, LLC
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Bernard D Bollinger, Jr on behalf of Interested Party Courtesy NEF
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

J Scott Bovitz on behalf of Creditor Andrew Kim
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Creditor Jong Chun Suh
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Defendant John J. Suh
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Defendant Jong Jongchun Suh
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Plaintiff John J. Suh
bovitz@bovitz-spitzer.com

Jaenam J Coe on behalf of Debtor Holy Hill Community Church
coelaw@gmail.com

M Douglas Flahaut on behalf of Trustee Richard J Laski (TR)
flahaut.douglas@arentfox.com

Barry S Glaser on behalf of Creditor Los Angeles County Treasurer and Tax Collector
bglaser@swesq.com, erhee@swesq.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com, erhee@swesq.com

Melanie Scott Green on behalf of U.S. Trustee United States Trustee (LA)
Melanie.green@usdoj.gov

Michelle S Grimberg on behalf of Creditor Alpine Parking Services, LLC
msg@lnbrb.com, angela@lnbrb.com

Howard B Kim on behalf of Plaintiff The Western California Presbytery
hbklaw@gmail.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

Andy Kong on behalf of Attorney Arent Fox LLP
Kong.Andy@ArentFox.com

Andy Kong on behalf of Interested Party Courtesy NEF
Kong.Andy@ArentFox.com

Andy Kong on behalf of Interested Party Richard J Laski
Kong.Andy@ArentFox.com

Andy Kong on behalf of Plaintiff Holy Hill Community Church
Kong.Andy@ArentFox.com

Andy Kong on behalf of Plaintiff Dana Park
Kong.Andy@ArentFox.com

Andy Kong on behalf of Trustee Richard J Laski
Kong.Andy@ArentFox.com

Andy Kong on behalf of Trustee Richard J Laski (TR)
Kong.Andy@ArentFox.com

Jeffrey A Krieger on behalf of Interested Party Courtesy NEF
jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Richard J Laski (TR)
rlaski@wilshirellc.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Won Lee on behalf of Creditor Lee Law Offices
dlee@leelawltd.com

Won Lee on behalf of Debtor Holy Hill Community Church
dlee@leelawltd.com

Won Lee on behalf of Defendant Jun Ki Kim
dlee@leelawltd.com

Won Lee on behalf of Defendant Kwang Nam Kim
dlee@leelawltd.com

Won Lee on behalf of Defendant Sang Yoon Cho
dlee@leelawltd.com

Matthew A Lesnick on behalf of Creditor Metropolitan Water District of Southern California
matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com

Matthew A Lesnick on behalf of Interested Party Courtesy NEF
matt@lesnickprince.com, tmims@lesnickprince.com;matt@ecf.inforuptcy.com

Marvin Levy on behalf of Creditor Dana Park
l-levy@sbcglobal.net, G6266@notify.cincompass.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

Marvin Levy on behalf of Plaintiff Dana Park
l-levy@sbcglobal.net, G6266@notify.cincompass.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Trustee Richard J Laski (TR)
ordubegian.aram@arentfox.com

David J Richardson on behalf of Creditor Parker Shumaker Mills, LLP
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

David J Richardson on behalf of Interested Party Courtesy NEF
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Law Offices of Carl J. Sohn
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Mills, LLP
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Shumaker & Mills
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Parker Shumaker Mills, LLP
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Alla Tenina on behalf of Broker LBC Solutions
sashavk_1@yahoo.com, alex@teninalaw.com;alla@teninalaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael L Wachtell on behalf of Creditor 1111 Sunset, LLC and Downtown Capital, LLC
mwachtell@buchalter.com

Scott L Whitman on behalf of Creditor Wilshire Escrow Company
slw@mwlegal.com, holly@mwlegal.com

Scott L Whitman on behalf of Interested Party Courtesy NEF
slw@mwlegal.com, holly@mwlegal.com

Scott L Whitman on behalf of Plaintiff Wilshire Escrow Company
slw@mwlegal.com, holly@mwlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

Vanessa H Widener on behalf of Interested Party Courtesy NEF
vhw@amclaw.com, lmg@amclaw.com

Clarisse Young on behalf of Interested Party Courtesy NEF
youngshumaker@smcounsel.com, levern@smcounsel.com

**2. SERVED BY UNITED STATES MAIL**:

**JUDGE**

Honorable Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

**REQUEST FOR SPECIAL NOTICE**

Liquidity Solutions, Inc.
1 University Plaza, Suite 312
Hackensack, NJ 07601

**MAILING MATRIX**

| | |
|---|---|
| 1111 Sunset Blvd LLC<br>1855 Industrial Street<br>Suite 106<br>Los Angeles, CA 90021-1239 | 1111 Sunset Blvd Lp<br>Buchalter Nemer<br>Attn: Michael Wachtell, Esq<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles CA 90017-1730 |
| Albert K. Shin<br>12673 Eighth St.<br>Garden Grove, CA 92840-5306 | All to One Construction, Inc.<br>c/o Samuel B. Choi<br>1401 W. Olympic Blvd.<br>Los Angeles, CA 90015 |
| All to One Development Co., LLC<br>3250 Wilshire Blvd., Ste 1200<br>Los Angeles, CA 90010-1600 | Alpha Omega Builders, Inc.<br>c/o Ronald B. Smith<br>512 W Robertson Blvd.<br>Chowchilla, CA 93610-2847 |
| Alpine Parking Services LLC<br>1855 Industrial Street<br>Suite 106<br>Los Angeles, CA 90021-1239 | Angelus Block, Co., Inc.<br>c/o Edward Antonini<br>11374 Tuxford St.<br>Sun Valley, CA 91352-2678 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

Associated Ready Mixed Concrete Inc.
c/o Kurt Caillier
4621 Teller Ave., Suite 130
Newport Beach, CA 92660-2165

Cheonung Kim and Ki Young Kim
1279 W 38th St
Los Angeles, CA 90037-1124

Charles M. Shumaker
1 Ringbit Road W
Rolling Hills, CA 90274

Devirian & Shimoto PC
11400 W Olympic Blvd, Ste 200
Los Angeles, CA 90064-1584

Downtown Capital, LLC
2121 E 7th Place #104
Los Angeles, CA 90021-1762

Consumer Law Section, Attn: Bankruptcy Notices
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Holy Hill Community Church
1111 W. Sunset Blvd.
Los Angeles, CA 90012-1216

Holy Hill Community Church
A Nonprofit Religious Corporation
1111 Sunset Blvd
Los Angeles, CA 90012-1216

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Chan Hyo Tak and Mae Ja Tak
8346 Charloma Drive
Downey, CA 90240-3312

Chin Hwa Jung and Mi Jung Chong
5755 Corbett St
Los Angeles, CA 90016-4503

Chunghyun Ahn and Bockhee Ahn
2186 Ursinus Circle
Claremont, CA 91711-1817

Downtown Capital Llc
Buchalter Nemer
Attn:  Michael Wachtell Esq
1000 Wilshire Blvd Suite 1500
Los Angeles, CA 90017-1730

East West Institute
c/o Edward B. Wong
386 8th St
Oakland, CA 94607-4241

Edwin M Rosenberg ALC
16161 Ventura Blvd., Suite 776
Encino, CA 91436

Henry H. Owh
13116 Avenida Santa Tecla #717-C
La Mirada, CA 90638-3278

INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012-3351

James C. Oh
1461 South Boros Court
La Habra, CA 90631

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

JB Sunset Partnership
c/o The Dreifuss Firm
Attn: Bruce Dannemeyer, Esq.
7700 Irvin Center Dr, Ste 710
Irvine, CA 92618-3043

Joan Park
2000 Miranmar Street
Suite 617
Los Angeles, CA 90057-2336

Jong Oak Kim
Attn: Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

Jong Oak Kim
Attn: Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

Joong Hoon Kim
5406 Goldenest Avenue
Temple City, CA 91780-3218

Joong Chil Kim
234 Rimpau Boulevard
Los Angeles, CA 90004-3733

Jo Young Bang and Ki Bok Bang
716 Coldbrook Place
Simi Valley, CA 93065-5531

Jung Hyun and Bok Hee Ahn
2186 Ursinus Circle
Claremont, CA 91711-1817

Jung Sun Choi
2451 West 7th Street #326
Los Angeles, CA 90057-3943

Kon Kyu Yu and Sun Yim Yu
2049 Wilshire Avenue
Hacienda Heights, CA 91745-3448

Kwang Chul Shin
Attn: Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

Law Offices of Carl James Sohn
11900 Shasta Circle
Cerritos, CA 90703-2720

LA County Tax Collector
225 North Hill Street
Los Angeles, CA 90012-3253

LOS ANGELES COUNTY ASSESSOR
LOS ANGELES CA 90012

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Moon Kon Kyu Yu and Sun Yim Yu
2049 Wilshire Ave.
Hacienda Heights, CA 91745-3448

Ok Sun Whang
6556 West 3rd Street
Los Angeles, CA 90045-2848

Pacific Fire Protection Safety
c/o Peter Oliver Hurgoiu
8219 Rhodes Av
North Hollywood, CA 91605-1344

Parker Shumaker Mills LLP
ATTN: David Yang Esq
801 S. Figueroa St. #1200
Los Angeles, CA 90017

Parker Shumaker Mills, LLP
801 S. Figueroa St. #1200
Los Angeles, CA 90017

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

Parker, Shumaker & Mills
Attn: William Mills & Gina Leago
801 S. Figueroa St. #1200
Los Angeles, CA 90017

Pueblo Contracting Services, Inc.
c/o Martha Diaz Aszkenazy
601 S. Brand Blvd, 3rd Fl
San Fernando, CA 91340-4069

Richard T. Baum
Law Offices of Richard T. Baum
11500 W Olympic Blvd, Ste. 400
Los Angeles, CA 90064-1525

Securities & Exchange Commission
5670 Wilshire Avenue, 11th Floor
Los Angeles, CA 90036-5627

Sierra Craft, Inc.
17711 East Railroad St.
La Puente, CA 91748-1111

Snell & Wilmer LLP
Attn: Christy Joseph & Randy Moore
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

Soo II Jang and Eun Hee Jang
947 South Hoover Street
Suite 803
Los Angeles, CA 90006-1939

Soo Jung Oh
740 South Olive Street
Los Angeles, CA 90014-2616

Sun Gil Oh
1015 North Kingley Drive, Suite 220
Los Angeles, CA 90029-1249

Pil Soon Joo
4341 Willow Brook Ave., #301
Los Angeles, CA 90029-2922

Wilshire Escrow Company
c/o Scott Whitman, Esq.
5670 Wilshire Blvd., Suite 2170
Los Angeles, CA 90036

Sang Nam Kim
14704 Sunny Drive
Sylmar, CA 91342-0922

Shepherd University
3200 N. San Fernando Rd
Los Angeles, CA 90065-1415

Simi Valley Shopping Center
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA 90067-4003

Snell & Wilmer LLP
Two California Plaza
350 South Grand Ave, Ste 2600
Los Angeles, CA 90071-3487

Soo Nam Oh
15945 Alta Vista Drive
La Mirada, CA 90638-3239

Soon Nam Kang
200 Miranmar Street, Suite 518
Los Angeles, CA 90057

Sung Yeol Yim and In Rea Yim
11715 La Tierra Court
Northridge, CA 91326-1939

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

United States Trustee (LA)
Attn: Melanie S. Green/Kenneth G. Lau
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Dong Sub Bang
c/o Howard B. Kim, Esq.
3055 Wilshire Blvd., Suite 1040
Los Angeles, CA 90010

W. Dan Lee, Esq.
Debtor's Attorneys
Lee Law Offices
5670 Wilshire Blvd., Suite 2150
Los Angeles, CA 90036

World Evangelical Church
c/o Jim Hyan Choi
727 S. Ardmore Ave., #206
Los Angeles, CA 90005-2494

Yoon Chung Kim
450 South Grand View Street
Suite 510
Los Angeles, CA 90057-2818

Dana Park
Beverly Hills Real Investment LLC
1021 W. Oak Hills Ct.
La Habra, CA 90631

Dana Park
3530 Wilshire Blvd. Ste 1850
Los Angeles, CA 90010

Dana Park
2271 W. Malvern Ave #270
Fullerton, CA 92833

Marvin Levy, Esq.
11806 Moorpark Street, Apt. G
Studio City, CA 91604

Park and Velavos LLP
801 S. Figueroa St., Suite 450
Los Angeles, CA 90017

Soon Im Ahn
450 S. Grandview Street, Suite 205
Los Angeles, CA 90057

Hyung Yul Jang
14781 Groveview Lane
Irvine, CA 92604

Jong Wook Kim
1145 East Elmwood Ave.
Burbank, CA 91501

James Chul Hwan Oh and Ellen Sunsoo Oh
1461 South Boros Court
La Habra, CA 90631

Soon Myung Oh
15945 Alta Vista Drive
La Mirada, CA 90638

Seong Sook Shim
1222 North Fairfax Ave., Suite 317
Los Angeles, CA 90046

Rev. Albert Kwang Chul Shin
12673 Eighth Street
Garden Grove, CA 92840

Metropolitan Water District of Southern California
c/o Matthew A. Lesnick
Lesnick Prince & Pappas LLP
185 Pier Ave., Suite 103
Santa Monica, CA 90405

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1

**FEDERAL AND STATE GOVERNMENT AND TAX AUTHORITIES**

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814

Environmental Protection Agency
Attn: Bankruptcy Department
75 Hawthorne Street
San Francisco, CA 94105

Environmental Protection Agency
Attn: Bankruptcy Department
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Consumer Law Section, Attn: Bankruptcy Notices
California Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12608503.1